**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000450
27-NOV-2024
08:10 AM
Dkt. 57 OAWST**

NOS. CAAP-22-0000450 and CAAP-22-0000495

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE REVOCABLE TRUST OF
JOANNA NGIT CHO LAU SULLIVAN, dated August 5, 1986,
amended in its entirety on August 15, 2013

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CTR-21-0000029)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal Of Consolidated Appeals [Nos. CAAP-22-0000450 and CAAP-22-0000495] (**Stipulation**), filed November 14, 2024, by Respondent-Beneficiary-Appellant Colleen H.A. Sullivan, the papers in support, and the record, it appears that (1) the appeals have been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeals and to bear their own

attorneys' fees and costs except as ordered by the Hawaiʻi Probate Court; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the consolidated appeals are dismissed. The parties shall bear their own attorneys' fees and costs except as ordered by the Hawaiʻi Probate Court.

DATED: Honolulu, Hawaiʻi, November 27, 2024.

/s/ Karen T. Nakasone
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge